Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 10–17826–NLW
Chapter: 7
Judge: Novalyn L. Winfield

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Thomas Dougan | Sheri Dougan |
| 12–75 George Street | 12–75 George Street |
| Fairlawn, NJ 07410 | Fairlawn, NJ 07410 |

Social Security No.:
  xxx–xx–2767                             xxx–xx–1301

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Joseph J. Newman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: December 11, 2012         Novalyn L. Winfield
                                 Judge, United States Bankruptcy Court